IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN B. TURNER,

      Petitioner,

v.

MATTHEW CATE, et al.,

      Respondent.

                              /

No. C 11-4948 YGR (PR)

**JUDGMENT**

Pursuant to the Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; Denying Certificate of Appealability; and Terminating Remaining Pending Motions as Moot signed today, this action is DISMISSED WITH PREJUDICE.  28 U.S.C. § 2244(d).

IT IS SO ORDERED.

DATED:  September 5, 2012

                                                  YVONNE GONZALEZ ROGERS
                                                  UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\HC.11\Turner4948.jud.frm